IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

---

| | | |
|---|---|---|
| SHARON TURNER, | ) | Cause No. CV-22-87-BMM |
| | ) | |
| Plaintiff, | ) | The Hon. Brian Morris |
| | ) | |
| -vs.- | ) | **ORDER OF DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| MONICA SCHROEDER, | ) | |
| | ) | |
| Defendant. | ) | |

---

Upon stipulation of the parties and good cause appearing therefor,

IT IS HEREBY ORDERED that the above matter be dismissed with prejudice as fully and finally settled on the merits, each party to bear their own costs and attorneys' fees incurred herein.

DATED this 23rd day of February. 2024.

*Brian Morris*
_____
Brian Morris, Chief District Judge
United States District Court

ORDER OF DISMISSAL WITH PREJUDICE